IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY [initials] D.C.

05 AUG 10 PM 5:01

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

United States of America,

    Plaintiff,

vs.

Civil No. 05-2568 B An

Fifty Thousand Dollars
($50,000.00) in U.S. Funds,

    Defendant.

## ORDER

Pursuant to a complaint filed by the United States on August 10, 2005, seeking the forfeiture of Fifty Thousand Dollars ($50,000.00) in U.S. Funds under the provisions of 18 U.S.C. §§981(a)(1)(C) and 1964, it is hereby ORDERED:

1.     That the United States Marshal for this district will seize the defendant property and hold said property subject to the further orders of this Court;

2.     That the United States Marshal will serve a copy of the complaint on all known claimants to the defendant currency including, without limitation, Sherrie-Lee Doreen Cave;

3.     That the United States Marshal will advertise in the Daily News, Memphis, Tennessee, for a period of three consecutive weeks, once per week. The advertisement will notice that the defendant property was seized by the Federal Bureau of Investigation from Sherrie-Lee Doreen Cave on August 9, 2005 in Memphis, Tennessee; that a Verified Complaint of Forfeiture has been filed pursuant to 18 U.S.C. §§981(a)(1)(C) and 1964; and that each party claiming each interest in the said currency must file a claim within thirty (30) days of the notice and an answer to the complaint within twenty (20) days thereafter;

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 8-11-05

②

4.  The Marshal may use the attached legal notice in the advertisement.

ENTERED: This 10th day of August, 2005.

_____
UNITED STATES DISTRICT JUDGE

APPROVED:

TERRELL L. HARRIS
United States Attorney

By: _____
CHRISTOPHER E. COTTEN
Assistant United States Attorney
800 Federal Building
Memphis, Tennessee 38103
(#014277 Tennessee)
(901) 544-4231

2

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

United States of America,

    Plaintiff,

vs.

Fifty Thousand Dollars
($50,000.00) in U.S. Funds,

    Defendant.

Civil No. 05-2568   B An

## LEGAL NOTICE

Take notice that on August 9, 2005, agents of the Federal Bureau of Investigation seized Fifty Thousand Dollars ($50,000.00) in U.S. Funds from Sherrie-Lee Doreen Cave in Memphis, Tennessee.

On August 10, 2005, the United States filed a complaint to forfeit said United States currency under the provisions of 18 U.S.C. §§981(a)(1)(C) and 1964, the complaint being styled:

United States of America v. Fifty Thousand Dollars ($50,000.00) in U.S. Funds, No. _____.

Each party having any objection to said forfeiture or maintaining any claim to the said United States currency must file a claim in the District Court for the Western District of Tennessee, 242 Federal Building, 167 N. Main, Memphis, Tennessee 38103 and serve notice upon the United States Attorney, 800 Federal Building, Memphis, Tennessee 38103 within thirty (30) days of the first publication of this notice and must file an answer to the complaint within twenty (20) days thereafter.

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 2 in case 2:05-CV-02568 was distributed by fax, mail, or direct printing on August 11, 2005 to the parties listed.

---

Christopher E. Cotten
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Richard M. Steingard
LAW OFFICE OF RICHARD M. STEINGARD
800 Wilshire Blvd.
Ste. 1510
Los Angeles, CA 90017

Honorable J. Breen
US DISTRICT COURT