IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY ____ D.C.

05 AUG 10 PM 5: 01

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

United States of America,

    Plaintiff,

vs.

Civil No. 05-2568 B An

Fifty Thousand Dollars
($50,000.00) in U.S. Funds,

    Defendant.

## CONSENT ORDER

Pursuant to the consent and agreement of the parties hereto, by and through their respective attorneys, it is hereby **ORDERED, ADJUDGED, AND DECREED** that:

1. Pursuant to the Claimant's Plea Agreement in <u>United States v. Sherrie-Lee Doreen Cave</u>, No. 05-20288 (W.D. Tenn.), which is wholly incorporated herein by reference, the defendant property shall be forfeited to the United States, to be disposed of in accordance with law.

2. The Claimant admits no liability in connection with the seizure and forfeiture of the above-described property, which is the subject of this suit.

4. The United States of America, its agents and employees, are released from any and all claims that might result from the seizure and forfeiture of the defendant property.

5. This action shall be dismissed with prejudice; and each party shall bear its own attorney's fees and costs.

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on 8-11-05

(4)

6. The Clerk of Court shall prepare a judgment incorporating the terms of this Order.

**IT IS SO ORDERED**, this 8th day of August, 2005.

UNITED STATES DISTRICT JUDGE

APPROVED AND CONSENTED:

TERRELL. L. HARRIS
United States Attorney

BY:

CHRISTOPHER E. COTTEN
Assistant United States Attorney
Attorney for Plaintiff

RICHARD M. STEINGARD
Attorney for the Claimant

2

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 4 in case 2:05-CV-02568 was distributed by fax, mail, or direct printing on August 11, 2005 to the parties listed.

---

Christopher E. Cotten
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Richard M. Steingard
LAW OFFICE OF RICHARD M. STEINGARD
800 Wilshire Blvd.
Ste. 1510
Los Angeles, CA 90017

Honorable J. Breen
US DISTRICT COURT