UNITED STATES DISTRICT COURT

FILED BY _____ D.C.

## WESTERN DISTRICT OF TENNESSEE
05 AUG 15 PM 3: 22

## WESTERN DIVISION

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN MEMPHIS

---

| | |
|---|---|
| UNITED STATES OF AMERICA, | JUDGMENT IN A CIVIL CASE |
| **Plaintiff,** | |
| v. | |
| FIFTY THOUSAND DOLLARS ($50,000.00) in U.S. Funds, | CASE NO: 2:05-2568-B |
| **Defendant.** | |

---

**DECISION BY COURT.** This action came to consideration before the Court.  The issues have been considered and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED** that in accordance with the Consent Order entered on August 11, 2005, this cause is hereby dismissed with prejudice.

APPROVED:

J. DANIEL BREEN
UNITED STATES DISTRICT COURT

8/10/05
Date

THOMAS M. GOULD

Clerk of Court

Earline Drayer
(By)  Deputy Clerk

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 8-16-05



# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 6 in case 2:05-CV-02568 was distributed by fax, mail, or direct printing on August 16, 2005 to the parties listed.

---

Christopher E. Cotten
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Richard M. Steingard
LAW OFFICE OF RICHARD M. STEINGARD
800 Wilshire Blvd.
Ste. 1510
Los Angeles, CA 90017

Honorable J. Breen
US DISTRICT COURT